UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>       Plaintiff,<br><br>  -against-<br><br>JOHN DOES,<br><br>       Defendants. | 25cv5989 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 23, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 23, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge